FILED

07/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0308

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0308

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ROBERT LEROY JAMES ALLERY,

Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including August 13, 2022, within which to prepare, serve, and file the State's response brief.

**CH**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 11 2022